UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff(s),

   v.

GEORGE W. YEE., et al.,

        Defendant(s).
_____/

NO. CIV. S-06-1317 FCD/DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

      Pursuant to the representations of the plaintiff, in the above action, the court has determined that this case has settled.

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 16, 2007. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

      **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

      **IT IS SO ORDERED**.

Dated: May 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE